0529452UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 05-40382 GMB

Debtor: John & Dolores A. Pringle

| Check Number | Creditor | Amount |
|---|---|---|
| 1709927 | EMC Mortgage Corporation | 3074.60 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   November 17, 2010